[No. 14454-9-II.   Division Two.   December 16, 1992.]

BURTON R. RIVENBARK, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 88-2-00181-6, James B. Sawyer II, J., entered November 13, 1990. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Petrich, C.J., and Johnson, J. Pro Tem.

[No. 14582-1-II.   Division Two.   December 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK J. MOYNEUR, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00124-5, James B. Sawyer II, J., entered December 19, 1990. *Affirmed in part* and *vacated in part* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Petrich, C.J., and Johnson, J. Pro Tem.

[No. 15454-4-II.   Division Two.   December 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL WILLIAM DONAGHE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00151-6, Paula Casey, J., entered November 6, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.